| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Adams, John R. | 2. Court or Organization U.S. District Court, N.D. of Ohio | 3. Date of Report 05/09/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Active | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☐ Initial    ☑ Annual    ☐ Final    Date 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address 510 U.S. Courthouse 2 S. Main Akron, Ohio 44333 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Guardian | Guardianship #1 (See Part VIII) |
| 2. | Power of Attorney | (FBO of Disabled Parent--See Part VIII) |
| 3. | Custodian | (FBO of Grand Nephew--See Part VIII) |
| 4. | Custodian | (FBO of Grand Niece--See Part VIII) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R. | 05/09/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R. | 05/09/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Westfield Bank, fka Valley Savings Bank | Mortgage on Residence/Rental (Duplex) | L |
| 2. | Keybank | Credit Line | J |
| 3. | Keybank | Credit Card | J |
| 4. | Citi- Cards | Credit Card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Fairlawn Ohio | D | Rent | N | Q | | | | | See VIII |
| 2. First Merit Common Stock | A | Dividend | | | Sold | 08/16/16 | J | D | See VIII |
| 3. Huntington Bancshares | A | Dividend | K | T | | | | | See VIII |
| 4. Fidelity Contrafund | B | Dividend | K | T | | | | | |
| 5. Stifel Nicolas: Contrafund | A | Dividend | J | T | Sold (part) | 06/20/16 | J | A | |
| 6. Janus Growth & Income Fund | B | Dividend | K | T | | | | | |
| 7. American Funds:AmCap Fund Inc. CL F | A | Dividend | K | T | | | | | |
| 8. American Balanced Fund Inc. Cl F | A | Dividend | K | T | | | | | |
| 9. American High Inc. Tr. Cl F | A | Dividend | J | T | | | | | |
| 10. Eaton Vance World Wide Health Services | B | Dividend | J | T | | | | | |
| 11. Fidelity Advisor Fund Cl A | A | Dividend | K | T | | | | | |
| 12. Northwestern Mutual Inv. Services Mn Mkt. Fund | A | Dividend | J | T | | | | | |
| 13. Westfield Bank Checking fka Valley Savings Bank | A | Interest | J | T | | | | | |
| 14. Westfield Bank Money Market Savings | A | Interest | J | T | Closed | 11/01/16 | J | A | |
| 15. T. Rowe Price New Era (X) | A | Dividend | J | T | | | | | |
| 16. Retirement Account | | | | | | | | | |
| 17. First Merit Common Stock | A | Dividend | J | T | Sold | 08/16/16 | J | B | See VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Huntington Bancshares | A | Dividend | J | T | | | | | See VIII |
| 19. American Funds:AMCAP Fund Class F | B | Dividend | K | T | | | | | |
| 20. American High Income Tr. Cl F | B | Dividend | K | T | | | | | |
| 21. American Balanced Fund Cl. F | C | Dividend | L | T | | | | | |
| 22. Eaton Vance World Wide Health Sciences | C | Dividend | K | T | | | | | |
| 23. Fidelity Advisor Fund C1A | A | Dividend | K | T | | | | | |
| 24. T. Rowe Price New Era (X) | A | Dividend | J | T | | | | | |
| 25. International Growth & Income | A | Dividend | J | T | | | | | |
| 26. New World Fund Class C | A | Dividend | J | T | | | | | |
| 27. Dreyfus Ins. Deposit Prg. 1 | A | Dividend | J | T | Open | 01/30/16 | J | | |
| 28. Remainder Interest In Ohio Property | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R. | 05/09/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part 1, page 1, line 1---Guardianship #1 - The undersigned serves as Guardian of the Person (medical & person decisions only, not financial) Ward is physically and mentally disabled as a result of cerebral palsy. The undersigned has served as Guardian since 1984

2) Part 1, page 1, line 2--The undersigned is Power of Attorney for a disabled parent.

3) Part 1, page 1, line 3---The undersigned is custodian for the proceeds of a personal injury settlement for the benefit of a minor grand nephew.

4) Part 1, page 1, line 4---The undersigned is custodian for the proceeds of a personal injury settlement for the benefit of a minor grand niece.

5) Part VII, page 4, line 1---Rental property (duplex), located in the County of Summit, State of Ohio was appraised as part of refinancing in September, 2010.

6) Part VII, page 4, lines 2 & 3--FirstMerit Bank merged with Huntington Bank resulting in cash disbursement to shareholders (reported herein) as well as distribution of Huntington Bancshares as reflected on line 3.

7) Part VII, pages 4 & 5, lines 17 & !8--FirstMerit Bank merged with Huntington Bank resulting cash disbursement to shareholders (reported herein) as well as distribution of Huntington Bancshares as reflected on line 18.

8) Part VII, page 5, line 28 Remainder Interest in Ohio Real Estate

9) Pro Bono legal services received from Judicial Watch, Inc. related to a confidential matter.

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R. | 05/09/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John R. Adams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544